# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0992

VERSUS

DARRELL WAYNE HARRIS, JR.

**DECEMBER 16, 2024**

---

In Re:     Darrell Wayne Harris, Jr., applying for supervisory
           writs, 18th Judicial District Court, Parish of Pointe
           Coupee, No. 85060-F.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion for speedy trial and motion to quash, filed on or about September 11, 2023, on or before January 17, 2025. A copy of the district court's action shall be filed in this court on or before January 24, 2025.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT